

```
 1  DEVIN DERHAM-BURK #104353
    CHAPTER 13 STANDING TRUSTEE
 2  P O BOX 50013
    SAN JOSE, CA  95150-0013
 3
    Telephone: (408) 354-4413
 4  Facsimile: (408) 354-5513

 5  Trustee for Debtor
```

**FILED**
SEP 2 3 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| In Re: | ) Chapter 13 |
|---|---|
| DEMETRIUS DARNELL COATS | ) Case No. 05-57543 CN |
|  | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor | ) |

The final dividend to Creditor, AARGON COLLECTION AGENCY in the above entitled matter was returned marked: CRED DID NOT FILE CHANGE OF ADDR W/THE CRT.

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $1.15 as an unclaimed dividend.

Claim # 7   AARGON COLLECTION AGENCY
            3160 S VALLEY VIEW #206
            LAS VEGAS, NV  89102

Dated: September 20, 2011                _____
                                         DEVIN DERHAM-BURK, TRUSTEE

# Devin Derham-Burk, Standing Trustee

Office of the Chapter 13 Trustee
Northern District of California • San Jose Division

May 13, 2011

Aargon Collection Agency
3160 S Valley View #206
Las Vegas, NV 89102

RE: Coats, Demetrius
Chapter 13 No: 05-5-7543CN

Attention: Bankruptcy Department

The Trustee received a trustee check (copy of which is attached) back from the Post Office which indicates that the address that we have on file is not a valid address. Please note that pursuant to Bankruptcy Rule 4002 (a) (5) a statement regarding any change of address must be filed with the court for each case in which the change is to be made.

Please further note that the Trustee will not make any changes to your address and **will no longer be sending disbursements** on your Proof of Claim until a notice of change of address has been filed with the Court and the Trustee has received a copy. I have enclosed a sample Notice of Change of Address that you may use. **A completed original must be sent directly to the United States Bankruptcy Court.**

If you should have any questions, please feel free to contact me at (408) 354-8151.

Sincerely,

Teresa Camp
Creditor Services Administrator

Encl.

P O Box 50013 • San Jose, CA 95150-0013
Telephone: (408) 354-4413 • Fax: (408) 354-5513

Case: 05-57543   Doc# 58   Filed: 09/23/11   Entered: 10/03/11 15:19:25   Page 2 of 3

**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013

RECEIVED
APR 21 2011
Devin Derham-Burk
Trustee, Chapter 13

USPS Postage $00.4 APR 13 2011
MAILED FROM ZIP CODE 95032

NIXIE 891 DE 1 00 04/18/11
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 95150001313 *2756-00370-13-39

AARGON COLLECTION AGENCY
3160 S VALLEY VIEW
LAS VEGAS, NV 89102